Opinion issued March 29, 2012.

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-01058-CV

———————————

SANDEEP
PATEL, SULEMAN LALANI, AMAN JAFAR, BAVARE HOLDING, LP, ARUSHA BAVARE, HARVARD
FINANCIAL, LTD., NASRULLAH MANJI, SYED MOID ZAIDI, NEWERA PARTNERS, LTD., St.
MICHAEL’S HOSPITAL AND HEALTHCARE GROUP, LLC, ABDUL KHAN AND IRFAN IFTIKHAR, Appellants

V.

SIDDCO UNION, LTD.,
SARDA, LLC, ATRIUM MEDICAL CENTER, LP, AND TEXAS HEALTHCARE ALLIANCE, LLC, Appellees



 



 

On Appeal from the 190th District Court 

Harris County, Texas



Trial Court Cause No. 2010-52576

 



MEMORANDUM OPINION

Appellants have filed a motion to dismiss the
appeal.  No opinion has issued.  Accordingly, we grant the motion and dismiss
the appeal.  See Tex. R. App. P.
42.1(a)(1).

We dismiss all other pending motions as moot.  We direct the Clerk to issue the mandate
within 10 days of the date of this opinion. 
See Tex. R. App. P. 18.1.

PER CURIAM

Panel
consists of Justices Jennings,
Massengale, and Huddle.